POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Scott Alan Burroughs (SBN 235718)<br>DONIGER / BURROUGHS<br>603 Rose Avenue<br>Venice, CA 90291<br><br>TELEPHONE NO.: (310) 590-1820　　FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* scott@donigerlawfirm.com<br>ATTORNEY FOR *(Name):* Plaintiff | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN FRANCISCO**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: USDC - Northern District of California

| PLAINTIFF/PETITIONER: DUSTIN NEFF<br>DEFENDANT/RESPONDENT: SBA ENTERTAINMENT, LLC, et al. | CASE NUMBER:<br>3:23-cv-02518-JD |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. [x] summons

   b. [x] complaint

   c. [ ] Alternative Dispute Resolution (ADR) package

   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*

   e. [ ] cross-complaint

   f. [x] other *(specify documents):*　Standing Order for Civil Cases Before Judge James Donato; Standing Order for Civil Jury Trials Before Judge James Donato; Consent or Declination to Magistrate Judge Jurisdiction; Order Setting Initial Case Management Conference and ADR Deadlines

3. a. Party served *(specify name of party as shown on documents served):*
      GOODE ENTERPRISE SOLUTIONS INC., a Colorado corporation

   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      c/o Stacy Goode (Registered Agent)

4. Address where the party was served:
   6525 Gunpark Dr., Unit 370 PMB 227, Boulder, CO 80301

5. I served the party *(check proper box)*

   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):*　　　(2) at *(time):*

   b. [ ] **by substituted service.** On *(date):*　　at *(time):*　　I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*　　from *(city):*　　**or** [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

**Page 1 of 2**

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010  [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

**POS-010**

| | |
|---|---|
| PLAINTIFF/PETITIONER:  DUSTIN NEFF<br>DEFENDANT/RESPONDENT:   SBA ENTERTAINMENT, LLC, et al. | CASE NUMBER:<br>3:23-cv-02518-JD |

5.  c.  [x]  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

     (1)  on *(date):* 06/05/2023          (2)  from *(city):* Venice, CA

     (3)  [ ]  with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

     (4)  [x]  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d.  [ ]  **by other means** *(specify means of service and authorizing code section):*

     [x]  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:

  a.  [ ]  as an individual defendant.

  b.  [ ]  as the person sued under the fictitious name of  *(specify):*

  c.  [ ]  as occupant.

  d.  [x]  On behalf of *(specify):* Goode Enterprise Solutions Inc., a Colorado corporation

     under the following Code of Civil Procedure section:

| | |
|---|---|
| [x] 416.10 (corporation) | [ ] 415.95 (business organization, form unknown) |
| [ ] 416.20 (defunct corporation) | [ ] 416.60 (minor) |
| [ ] 416.30 (joint stock company/association) | [ ] 416.70 (ward or conservatee) |
| [ ] 416.40 (association or partnership) | [ ] 416.90 (authorized person) |
| [ ] 416.50 (public entity) | [ ] 415.46 (occupant) |
| | [x] other: |

7.  **Person who served papers**

  a.  Name:  Inigo Gatus

  b.  Address:  603 Rose Avenue, Venice, CA 90291

  c.  Telephone number: (310) 590-1820

  d.  **The fee** for service was: $ 0.00

  e.  I am:

     (1)  [x]  not a registered California process server.

     (2)  [ ]  exempt from registration under Business and Professions Code section 22350(b).

     (3)  [ ]  a registered California process server:

        (i)  [ ] owner    [ ] employee    [ ] independent contractor.

        (ii)  Registration No.:

        (iii)  County:

8.  [x]  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    **or**

9.  [ ]  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 06/08/2023

Inigo Gatus
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶    */s/ Inigo Gatus*
_____
(SIGNATURE)


**UNITED STATES**
**POSTAL SERVICE**

June 8, 2023

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8361 0426 2917 2708 66**.

| Item Details | |
|---|---|
| **Status:** | Delivered to Agent for Final Delivery |
| **Status Date / Time:** | June 8, 2023, 10:52 am |
| **Location:** | BOULDER, CO 80301 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | C O STACY GOODE |

**Recipient Signature**

Signature of Recipient:
(Authorized Agent)

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

C/O Stacy Goode
Goode Enterprise Solutions Inc.
6525 Gunpark Dr., Unit 370 PMB 227
Boulder, CO 80301