Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dustin Neff, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SBA Entertainment, LLC, et al.,<br><br>Defendants. | Case No.: 3:23-cv-02518-JD<br>*H. Judge James Donato Presiding*<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

    Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

                                          Respectfully submitted,

Dated: August 14, 2023         By:  */s/ Frank R. Trechsel*
                                                    Frank R. Trechsel, Esq.
                                                    Scott Alan Burroughs, Esq.
                                                    DONIGER / BURROUGHS
                                                    Attorneys for Plaintiff