**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Dustin Neff, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SBA Entertainment, LLC; et al.,<br><br>Defendants. | Case No.: 23-cv-02518-JD<br>*H. Judge James Donato Presiding*<br><br>**[PROPOSED] ORDER JOINT STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE** |

[PROPOSED] ORDER:

The Court, having considered the parties' Stipulation to Continue the Scheduling Conference, and for good cause shown, HEREBY ORDERS that the Scheduling Conference is continued to September 25, 2023.

SO ORDERED.

Dated: _____, 2023          By: _____
                                    Hon. James Donato
                                    U.S. District Judge