Valerie Yanaros (Texas SBN 24075628)
Yanaros Law P.C.
8300 Douglas Ave
Suite 800
Dallas, Texas 75225
(512) 826-7553
valerie@yanaroslaw.com

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dustin Neff, an individual, | Case No.: 3:23-cv-02518-JD |
| Plaintiff, | **SECOND STIPULATION OF TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| | Complaint Filed: May 24, 2023 |
| SBA Entertainment, LLC, a Colorado limited liability company; Goode Enterprise Solutions Inc., a Colorado corporation; and Does 1-10, inclusive, | |
| Defendants. | |

<-–>

**IT IS HEREBY STIPULATED** by and between Plaintiff, Dustin Neff ("Plaintiff"), and Defendant, Goode Enterprise Solutions Inc. ("GES"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a), and Local Rule 6-1, GES may have to and including November 2, 2023, to file a responsive pleading in this matter, as the parties are engaging in settlement negotiations and wish to avoid the cost and expense of filing a responsive pleading. GES' counsel is also in the process of applying to appear Pro Hac Vice and acquire local counsel in this matter. This does not alter the date of any event, or any deadline already scheduled by the Court, and this is the fourth extension provided by Plaintiff.

Date: October 2nd, 2023.

Respectfully submitted,
/s Valerie A. Yanaros, Esq.
Valerie Yanaros, Esq.
Texas Bar No. 24075628
Applying to Appear Pro Hac Vice in the Northern District Court of California
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553
valerie@yanaroslaw.com

**ATTORNEY FOR DEFENDANT GES**

/s Frank R. Trechsel, Esq./
Scott Alan Burroughs, Esq.
Frank R. Trechsel, Esq.
DONIGER/BURROUGHS

**ATTORNEYS FOR PLAINTIFF**

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

By_ /s/ Valerie Yanaros_____
Valerie Yanaros
Attorney for Defendant,
Goode Enterprise Solutions, Inc.

**IT IS SO ORDERED,** Defendant, GES, shall have up to and including November 2, 2023, to file a responsive pleading.

DATE: 10/5/2023

_____
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2nd, 2023, the foregoing document was filed with the clerk of the court for the U.S. District Court, Northern District of California, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means, including:

Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

                                                                                                     /s/ Valerie Yanaros, Esq.
                                                                                                    VALERIE YANAROS, ESQ.