UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN NEFF,<br><br>Plaintiff,<br><br>v.<br><br>SBA Entertainment, LLC, et al.,<br><br>Defendants. | Case No.: 3:22-cv-02518-JD<br>*Hon. Judge James Donato Presiding*<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO APPEAR REMOTELY FOR INITIAL CASE MANAGEMENT CONFERENCE**<br><br>*[(PROPOSED) ORDER FILED CONCURRENTLY HEREWITH]*<br><br>Hearing Date: October 19, 2023<br>Time:            10:00 a.m.<br>Courtroom:   11<br>Location:      450 Golden Gate Ave.<br>                     19th Floor<br>                     San Francisco, CA 94102 |

**[PROPOSED] ORDER:**

Before the Court is Plaintiff Dustin Neff and Defendants SBA Entertainment, LLC and Goode Enterprise Solutions, Inc.'s Joint Stipulation to Appear Remotely for the Initial Case Management Conference in this action, currently set for in-person appearance on October 19, 2023, at 10:00 a.m. For the reasons set forth in the stipulation, the Court finds good cause to grant the requested relief.

**IT IS SO ORDERED.**

Dated: _____   By: _____
Honorable James Donato
United States District Judge