Valerie Yanaros (Texas SBN 24075628)
Yanaros Law P.C.
8300 Douglas Ave
Suite 800
Dallas, Texas 75225
(512) 826-7553
valerie@yanaroslaw.com

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dustin Neff, an individual, | Case No.: 3:23-cv-02518-JD |
| Plaintiff, | **MOTION TO WITHDRAW** |
| vs. | Complaint Filed: May 24, 2023 |
| SBA Entertainment, LLC, a Colorado limited liability company; Goode Enterprise Solutions Inc., a Colorado corporation; and Does 1-10, inclusive, | |
| Defendants. | |

- 1 -
Motion to Withdraw

1    Pursuant to Local Rule 11-5, undersigned respectfully moves to withdraw as counsel for its
2 client Goode Enterprise Solutions, Inc. ("GES"). Undersigned counsel is not a member of the bar of
3 California. Due to financial constraints, GES has not been able to procure local counsel and is thus
4 proceeding *pro se* through owner Mr. James Corey Goode. Undersigned counsel has spoken with
5 both Mr. and Mrs. Goode and counsel for Plaintiff, Mr. Trechsel, and none of the parties oppose her
6 withdrawal. Mr. Goode has informed undersigned counsel he is filing his answer on behalf of GES
7 via U.S. Postal Mail today.

Date: November 24th, 2023.

Respectfully submitted,
*/s Valerie A. Yanaros, Esq.*
Valerie Yanaros, Esq.
Texas Bar No. 24075628
Applying to Appear Pro Hac Vice in
the Northern District Court of
California
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553
valerie@yanaroslaw.com

**ATTORNEY FOR DEFENDANT GES**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24th, 2023, the foregoing document was filed with the clerk of the court for the U.S. District Court, Northern District of California, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means, including:

Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

GES will be served with a copy of this motion via email to Mr. and Mrs. Goode.

                                                                    /s/ Valerie Yanaros, Esq.
                                                                  VALERIE YANAROS, ESQ.