1  Scott Alan Burroughs (SBN 235718)
2  scott@donigerlawfirm.com
   Frank R. Trechsel (SBN 312199)
3  ftrechsel@donigerlawfirm.com
4  DONIGER / BURROUGHS
   603 Rose Avenue
5  Venice, California 90291
6  Telephone: (310) 590-1820

7  *Attorneys for Plaintiff*

8

9  **UNITED STATES DISTRICT COURT**

10  **NORTHERN DISTRICT OF CALIFORNIA**

11  | DUSTIN NEFF, | Case No. 3:23-cv-02518-JD |
    | --- | --- |
    | Plaintiff, | <u>Honorable James Donato Presiding</u> |
    | v. | **REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT SBA ENTERTAINMENT, LLC** |
    | SBA ENTERTAINMENT, LLC, et al., | |
    | Defendants. | |

TO THE CLERK OF THIS COURT:

Plaintiff Dustin Neff respectfully requests that the Clerk of this Court enter default in this case against Defendant SBA Entertainment, LLC ("Defendant"), a Colorado limited liability company, because Defendant has failed to appear or otherwise respond to the operative Complaint within the time prescribed by the Federal Rules of Civil Procedure.

On June 8, 2023, Plaintiff served the operative Complaint and Summons on Defendant. Dkt. 7. To date, Defendant has not filed a response to the operative Complaint and its time for doing so has expired. Accordingly, Plaintiff requests that the Clerk enter default against Defendant pursuant to Fed. R. Civ. P. 55(a).

Dated: November 27, 2023                    Respectfully submitted,

                                By:   /s/ Frank R. Trechsel
                                      Scott Alan Burroughs, Esq.
                                      Frank R. Trechsel, Esq.
                                      DONIGER / BURROUGHS
                                      *Attorneys for Plaintiff*

# DECLARATION OF FRANK R. TRECHSEL

I, Frank R. Trechsel, do declare and say as follows:

1. I am above 18 years of age and not a party to this action. I am an attorney at Doniger / Burroughs APC and lead counsel for Plaintiff Dustin Neff in this case. If called upon, I could and would competently testify as set forth below.

2. Plaintiff filed this case asserting copyright infringement claims against Defendant SBA Entertainment, LLC ("Defendant"), a Colorado limited liability company.

3. My firm caused Defendant to be served with the operative Complaint and Summons in this case on June 8, 2023. Dkt. 7.

4. To date, Defendant has not filed a response to the operative Complaint, and its time for doing so has expired under the Federal Rules of Civil Procedure.

I solemnly swear and declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Executed in Venice, California on November 27, 2023.

By: */s/ Frank R. Trechsel*
Frank R. Trechsel, Esq.
Declarant