Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| DUSTIN NEFF, | Case No. 3:23-cv-02518-JD |
|---|---|
| Plaintiff, | <u>Honorable James Donato Presiding</u> |
| v. | **REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT SBA ENTERTAINMENT, LLC** |
| SBA ENTERTAINMENT, LLC, et al., | |
| Defendants. | |

TO THE CLERK OF THIS COURT:

Plaintiff Dustin Neff ("Plaintiff") respectfully requests that the Clerk of this Court enter default in this case against Defendant SBA Entertainment, LLC ("Defendant"), a Colorado limited liability company, because Defendant has failed to appear or otherwise respond to the operative Complaint within the time prescribed by the Federal Rules of Civil Procedure.

On November 27, 2023, Plaintiff made a request that that Clerk of this Court enter default in this case. Dkt. 27. On December 6, 2023, the Clerk denied Plaintiff's request for failure to serve Defendant at the address of its agent registered with the Colorado Secretary of State. However, on May 31, 2023 and June 4, 2023, Plaintiff's process server made attempts to serve Defendant through its registered agent at the registered agent's street address on file with the Colorado Secretary of State. The current occupant at that address, however, reported to Plaintiff's process server that the Defendant was unknown. (Exhibit 1). Plaintiff then made an effort to serve Defendant by mailing copies of the case-initiating documents to Defendant at its registered agent's mailing address, but those efforts were unsuccessful due to the registered agent mailing address being invalid. Therefore, on June 8, 2023, Plaintiff served the operative Complaint and Summons on Defendant at its principal address as recorded by the Colorado Secretary of State. Dkt. 7. Thus, while service was not effective at the mailing address of the registered agent recorded by the Colorado Secretary of State, that is due to the address being out-of-date, and Plaintiff did serve Defendant at its principal address listed.

///
///
///

To date, Defendant has not filed a response to the operative Complaint and its time for doing so has expired. Accordingly, Plaintiff requests that the Clerk enter default against Defendant pursuant to Fed. R. Civ. P. 55(a) and that service at the operative address for Defendant be accepted.

Dated: December 6, 2023                              Respectfully submitted,

                                         By:   */s/ Frank R. Trechsel*
                                                  Scott Alan Burroughs, Esq.
                                                  Frank R. Trechsel, Esq.
                                                  DONIGER / BURROUGHS
                                                  *Attorneys for Plaintiff*

# DECLARATION OF FRANK R. TRECHSEL

I, Frank R. Trechsel, do declare and say as follows:

1. I am above 18 years of age and not a party to this action. I am an attorney at Doniger / Burroughs APC and lead counsel for Plaintiff Dustin Neff in this case. If called upon, I could and would competently testify as set forth below.

2. Plaintiff filed this case asserting copyright infringement claims against Defendant SBA Entertainment, LLC ("Defendant"), a Colorado limited liability company.

3. My firm made attempts to serve Defendant by process server at its registered agent's street address on file with the Colorado Secretary of State. However, we were informed by the process server that the Defendant was unknown at that address per the current occupant. Furthermore, Plaintiff's attempt to serve Defendant through the registered agent mailing address on file with the Colorado Secretary of State was unsuccessful due to address being invalid.

4. My firm caused Defendant to be served with the operative Complaint and Summons in this case at their principal address on June 8, 2023. Dkt. 7.

5. To date, Defendant has not filed a response to the operative Complaint, and its time for doing so has expired under the Federal Rules of Civil Procedure.

I solemnly swear and declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Executed in Venice, California on December 6, 2023.

By: */s/ Frank R. Trechsel*
Frank R. Trechsel, Esq.
Declarant