# EXHIBIT 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>**Doniger / Burroughs APC**<br>**603 Rose Avenue**<br>**Los Angeles, CA 90291**<br>TELEPHONE NO.: **310-590-1820**   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **DUSTIN NEFF, AN INDIVIDUAL** | *FOR COURT USE ONLY* |
|---|---|
| **United States District Court, Northern District of California**<br>STREET ADDRESS: **450 Golden Gate Ave. 16th Floor**<br>MAILING ADDRESS: **450 Golden Gate Ave. 16th Floor**<br>CITY AND ZIP CODE: **San Francisco 94102**<br>BRANCH NAME: **Phillip Burton Federal Building** | |
| PLAINTIFF/PETITIONER: **DUSTIN NEFF, AN INDIVIDUAL**<br>DEFENDANT/RESPONDENT: **SBA ENTERTAINMENT, LLC, A COLORADO LIMITED LIABILITY COMPANY; GOODE ENTERPRISE SOLUTIONS INC., A COLORADO CORPORATION** | CASE NUMBER:<br>**3:23-CV-02518-JD** |
| **DECLARATION OF NON SERVICE** | Ref. No. or File No.:<br>**REF-12850822** |

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
**SUMMONS; COMPLAINT; CONSENT OR DECLINATION TO MAGISTRATE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE**

I attempted to serve        **SBA Entertainment, LLC c/o Goode Enterprise Solutions, Inc.**
at the address of           **1136 Larch Court, Broomfield, CO 80020**

and was unable to effect service for the following reasons:
**5/31/2023 12:49 PM: There was no answer at the address.**
**6/4/2023 5:56 PM: I spoke with an individual who identified themselves as the matthew doman and they stated subject unknown.  Subject unknown to Resident**

Fee for service: **$ 75.00**

I am not a registered California process server; my name, address, phone number, and county of registration and number are:

**Lori Linzmaier**
**2353 S Harlan Ct, Lakewood, CO 80227**
**719-337-9899**
**, #**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date: **06/04/2023**

BY FAX

Lori Linzmaier
(PRINTED NAME OF DECLARANT)

(SIGNATURE OF DECLARANT)

Page 1 of 1

REF: **REF-12850822**

DECLARATION OF NON SERVICE

Tracking #: **0107809915**