UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN NEFF,<br><br>        Plaintiff,<br><br>   v.<br><br>SBA ENTERTAINMENT, LLC, et al.,<br><br>        Defendants. | Case No. 3:23-cv-02518-JD<br><br>**ORDER RE WITHDRAWAL OF ATTORNEY YANAROS** |

Valerie A. Yanaros, counsel for defendant Goode Enterprise Solutions, Inc. (GES), asks to withdraw from this action. Dkt. No. 26. Yanaros states that GES intends to proceed through its owner, James Carey Goode, and that Goode filed an answer for GES in late November. *Id.* Goode does not appear to be an attorney admitted to practice in this District, and so cannot act as counsel of record on behalf of GES. Civil Local Rule 3-9(b) (a corporation may appear only through a member of the bar of this District.). In addition, an answer has not been filed. Consequently, the request to withdraw is denied.

**IT IS SO ORDERED.**

Dated: January 10, 2024

JAMES DONATO
United States District Judge