Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN NEFF,<br><br>Plaintiff,<br><br>v.<br><br>SBA ENTERTAINMENT, LLC, et al.,<br><br>Defendants. | Case No.: 3:23-cv-02518-JD<br><u>Honorable James Donato Presiding</u><br><br>**DECLARATION OF FRANK R. TRECHSEL IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Date: June 3, 2024<br>Time: 10:00 a.m.<br>Courtroom: 11 |

# DECLARATION OF FRANK R. TRECHSEL, ESQ.

I, Frank R. Trechsel, Esq., do declare and state as follows: I am above eighteen (18) years of age and not a party to this action. I am an attorney of record for Plaintiff Dustin Neff and if called upon could and would competently testify to the following:

1. Attached hereto as **Exhibit 1** is Plaintiff's proposed First Amended Complaint.

2. Attached hereto as **Exhibit 2** is Plaintiff's proposed First Amended Complaint with changes from the currently filed Complaint shown in redline.

I declare under penalty of perjury under the law of the State of California and the United States of America that the foregoing is true and correct.

Executed this April 26, 2024 in Venice, California.

By: */s/ Frank R. Trechsel*
Frank R. Trechsel
Declarant