UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN NEFF,<br>Plaintiff,<br>v.<br>SBA ENTERTAINMENT, LLC, et al.<br>Defendants. | Case No.: 3:23-cv-02518-JD<br><u>Honorable James Donato Presiding</u><br><br>**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

ORDER:

In accordance with Fed R. Civ. P. 15(a)(2), this Court hereby grants Plaintiff's Motion for Leave to File First Amend Complaint. Accordingly, Plaintiff may file his First Amended Complaint within seven days of the date of this order.

IT IS SO ORDERED.

Dated:_____, 2024        By: _____
                                Honorable James Donato
                                United States District Judge