Valerie Yanaros (Texas SBN 24075628, Not Admitted in California)
valerie@yanaroslaw.com
YANAROS LAW P.C.
8300 Douglas Ave., Suite 800
Dallas, Texas 75225
Tel.: (512) 826-7553

On Behalf of Defendant
Goode Enterprise Solutions Inc.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dustin Neff, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>SBA Entertainment, LLC, a Colorado limited liability company; Goode Enterprise Solutions Inc., a Colorado corporation; and Does 1-10, inclusive,<br><br>  Defendants. | Case No.: 3:23-cv-02518-JD<br><br>**DECLARATION OF VALERIE YANAROS**<br><br>Complaint Filed: May 24, 2023 |

## DECLARATION OF VALERIE YANAROS

I, Ms. Valerie Yanaros, Esq., do declare and state as follows: I am above eighteen (18) years of age and not a party to this action. I am counsel for Goode Enterprise Solutions ("GES") and if called upon could and would competently testify to the following:

1. I received notice of this action towards the end of June 2023 from Mr. and Mrs. Goode, who contacted me after they received a copy of the complaint in this action filed against GES (the "Complaint") and requested that I represent GES solely for purposes of settlement negotiations. I have represented Mr. and Mrs. Goode and/or their various companies for the past eight years.

2. I am an attorney licensed in the state of Texas but have been admitted to practice pro hac vice in Colorado and other states. I am not, however, licensed in California and am not otherwise authorized to practice before the U.S. District Court for the Northern District of California. I advised my client of this and of the need to retain local counsel to act as counsel of record. Only then could I subsequently file a motion to appear Pro Hac Vice if I were to continue to represent GES in the federal case pending in the Northern District of California.

3. After reviewing the Complaint, and pursuant to GES's instructions, I reached out via email to the attorney of record for Plaintiff, Scott Burroughs, and attempted to settle the case.

4. While engaged in settlement discussions, I worked with Plaintiff's counsel to secure multiple Stipulations with Proposed Orders for extensions of time for the parties to continue settlement discussions and for GES to find local counsel to file its Answer to the Complaint. (Dkts. 9, 19-20,24.) In these submissions, I indicated in the signature block that any representation in this matter was contingent on Defendant GES securing local counsel and, if authorized by GES, my subsequent "Appl[ication] to appear Pro Hac Vice in the Northern District of California."

5. Since GES was never able to secure local counsel, I never filed a motion to appear Pro Hac Vice, as the local rules did not allow for it. However, I did act as a conduit for filings for extensions of time solely as authorized by GES for purposes of negotiating settlement discussions.

6. While we were engaged in settlement discussions, I worked with Mr. and Mrs. Goode to find local counsel for GES so it could file its response to Plaintiff's Complaint.

7. I spoke with various counsel that were admitted to practice in the Northern District of California and asked to hire them as local counsel in this action for GES.

8. During my conversations with potential local counsel, Mr. and Mrs. Goode's business and family encountered financial difficulties and hardships. Upon information and belief, they became delinquent on payments due not only on invoices for various legal matters that I handled, but also on other outstanding invoices. Their financial difficulties made it impossible for them to afford legal fees.

9. All efforts to procure local counsel for GES in this case were unsuccessful.

10. In addition, the parties were not able to reach a settlement.

11. I obtained consent from my client, GES, and from opposing counsel to file a "Motion to Withdraw." (Dkt. 26.) I captioned the filing as a "Motion to Withdraw" due to limitations in the Court's efiling system. This motion was intended to notify the Court that (1) GES intended to proceed *pro se* due to financial constraints that prevented its owners, Mr. and Mrs. Goode, from securing local counsel to represent GES before this Court, and, (2) consistent with GES's intent and instructions, I no longer intended to apply to appear *Pro Hac Vice*.

12. On the same date, November 24, 2023, I also sent an email to Plaintiff's counsel, Mr. Treschel, specifically providing him with Mr. and Mrs. Goode's email address to facilitate future communications and made myself available to the extent needed. Attached as Exhibit 1 is a true and correct copy of the email sent on November 4, 2023.

13. On that same day, Mr. Goode advised me that he attempted to file GES's Answer to the Complaint via *pro se* efiling but encountered a message that stated he was unable to efile

1  because I was still attorney of record. Mr. Goode also advised me that he filed GES's
2  Answer via UPS mail on the date that GES' response was due, on November 24, 2023. He
3  sent me pictures of the UPS folder, receipt, and the printed Answer. Attached as Exhibit
4  2 are true and correct copies of the aforementioned pictures sent to me by Mr. Goode.

14. After the Court denied the "Motion to Withdraw," I continued to work with Mr. and Mrs. Goode to attempt to find local counsel that would represent GES so that GES's Answer could be efiled. These efforts were unsuccessful due to the client's financial circumstances. Despite non-payment for past services, I continued to work with Mr. and Mrs. Goode in light of the many years of representing them and their companies and this Court's January 1, 2024 Order. I understand that GES' main source of income has stopped payments and that it is insolvent.

15. Plaintiff's counsel provided no notice prior to filing its Motion for Leave to File a First Amended Complaint. Plaintiff's counsel also did not contact me to discuss the draft Amended Complaint.

16. The Court's docket improperly lists me as attorney of record for Defendant SBA Entertainment, LLC ("SBA") due to an inadvertent filing error at Dkt. 19. I have never represented this Defendant in any capacity and have made no submissions or made any representations to this Court or opposing counsel in this respect. As reflected in the actual text of the submission, the Stipulation with Proposed Order listed as Docket 19 was filed on behalf of Defendant GES and the Docket entry reflects an inadvertent filing error when clicking on the website.

I declare under penalty of perjury under the law of the State of California and the United States of America that the foregoing is true and correct.

Executed this May 10, 2024, in Dallas, Texas.

Date: May 10, 2024.                              Respectfully submitted,
                                                 */s/ Valerie Yanaros.*
                                                 Valerie Yanaros

- 4 -
DECLARATION OF MS. VALERIE YANAROS

# EXHIBIT 1

## Neff v. SBA et al

**Me** &lt;valerie@yanaroslaw.com&gt;
Fri, 24 Nov 2023 3:40:32 PM -0600 •

To: "Frank Trechsel" &lt;ftrechsel@donigerlawfirm.com&gt;

Cc: "Corey Goode" &lt;goodetech@yahoo.com&gt;, "sba.sgoode@gmail.com" &lt;sba.sgoode@gmail.com&gt;

Hi Frank,

I am looping you in with the owners of my client, Mr. and Mrs. Goode. I just filed my motion to withdraw, per our conversation, and they will proceed pro se.

Please let me know if I can help with anything. I hope you had a good Thanksgiving.

Val

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553

**\*Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

# EXHIBIT 2



```
 1  Filed by:
    James Corey Goode
 2
 3  ▉▉▉▉▉▉▉▉▉
    Pro Se
 4
 5
 6
 7
 8
 9
10                UNITED STATES DISTRICT COURT
11               FOR THE DISTRICT OF CALIFORNIA
12
    Dustin Neff, an individual,        )  Case No.: 3:23-cv-02518-JD
13                                     )
                        Plaintiff,     )  DEFENDANT GOODE ENTERPRISE
14                                     )  SOLUTIONS INC.'S ANSWER AND
          vs.                          )  AFFIRMATIVE DEFENSES
15                                     )
                                       )
16  SBA Entertainment, LLC, a Colorado )  Complaint Filed: May 24, 2023
    limited liability company; Goode   )
17  Enterprise Solutions Inc., a Colorado )
    corporation; and Does 1-10, inclusive, )
18                                     )
                                       )
19                                     )
                        Defendants.    )
20                                     )
21
22
23
24
25
26
27
28
                                    - 1 -
                      ANSWER AND AFFIRMATIVE DEFENSES
```

SHIP TO:
UNITED STATES DISTRICT COURT
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3400

CA 941 9-31

UPS GROUND
TRACKING #: 1Z 0F3 Y34 03 8377 6943

```
The UPS Store #2364
6525 GUNPARK DR STE 370
BOULDER, CO    80301-3333
303-530-4888

Terminal....: POS2364B        Date.: 11/24/2023
Employee....: 286508          Time.: 03:00 PM

ITEM NAME           QTY    PRICE      TOTAL
-------------------------------------------
Ground Commercial                     $13.49
                     1 @   $13.49
Tax                                    $0.00
MMMBGTPC5COKO
Tracking Number - 1Z0F3Y340363776943
Manilla Env Sm                         $0.49
                     1 @    $0.49
Tax                                    $0.04
-------------------------------------------
    Subtotal                          $13.98
    Shipping/Other Charges             $0.00
    Total tax                          $0.04
                                  ----------
    Total                             $14.02

    Cards                             $14.02
            ============================
     Items Designated NR are NOT eligible
      for Returns, Refunds or Exchanges.

      US Postal Rates Are Subject to Surcharge.
```



```
         1231124236480017226

      View The UPS Store, Inc.'s privacy notice at
         https://www.theupsstore.com/privacy-policy

            Win a $250 gift card
       Tell us how we're doing for your chance to win
        a $250 gift card. Scan the QR code or visit
             the URL below to take the survey.
```



```
             https://bit.ly/theupsstorePRER
       NO PURCHASE NECESSARY. Void where prohibited.
       Ends 1/31/24. Must be US resident 18 years or older
          to enter. Limit (1) entry per person per month.
                 For Official Rules visit
              www.TheUPSStore.com/surveyrules2023

              Need Package Help?
                 (lost/damaged)
           Provide details so we can help:
           https://online.upscapital.com/tccp

VISA   **************5469 052693
11/24/2023                        03:00 PM
TID                           773361440002
                    Purchase
VISA DEBIT                  XXXXXXXXXXXX5469
ENTRY METHOD                 CONTACTLESS CHIP
CVM
Invoice                           0020025653
Clerk                                  28650
Response                            APPROVED
Auth Code                             052693
                 EMV DETAILS
MODE                                  ISSUER
AID                         A0000000000031010
TVR                            0000000000
IAD                           06061203A00000
Amount                          USD $14.02
NO SIGNATURE REQUIRED
CARDHOLDER/VISA
CARDHOLDER/VISA
              *** CUSTOMER COPY ***
```