# EXHIBIT A
## SUBJECT PHOTOGRAPH





Peralta Stones – Latin Heart Reader ( CC BY-SA 3.0 )

But to this day nobody has found the Dutchman's lost gold, though many have lost their lives trying.

Mount Shasta has a very similar legend which has captured the imagination of would-be treasure-hunters for decades. The legend centers around the accidental discovery of a subterranean reliquary, purporting to contain the treasures and skeletal remains of a lost civilization of prehistoric giants.



**VIRAL ARTICLE**

Legends | Technolo...



The notorious an... of Hashshashins
During the late 11 t... Ismailies was forme... called Hassan-i Sab... Hashshashins who... fortresses...

47 Ronin: The Sa... to Avenge the De...

Haunted Mirrors, Superstitious Mi...

Enhance Your Me... Greek Memorizati...

The Erlking: The ... Snatcher of Child...

The Truth About t... Chalices Around t...



Photograph © Dustin Naef "Abode of the Devil – Part One"

**The Legend of J.C. Brown**
In 1904, a geologist and treasure-hunter who went by the name of J.C. Brown was hired by a mining syndicate to prospect for gold somewhere in the Cascades of northern California.

During Brown's explorations of the wilderness, he claimed to come across a rock-fall at the base of a cliff. He suspected that something may be buried underneath it, and set about clearing the away the rubble.

Hidden beneath the rock-fall, Brown described unearthing a mysterious tunnel of unusual dimensions. A passage 10 feet high and seven feet (three by seven meters) wide curved downwards into the interior of the Earth.

| **INFRINGING USE** |
|---|
|  |
|  |