AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-CV-02518-JD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* **TOFG LLC**
was received by me on *(date)* **05/30/2024**

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **COGENCY GLOBAL, INC. AS REGISTERED AGENT, ACCEPTED BY: TERESA GRANDISON (MANAGING AGENT EMPLOYED BY COGENCY GLOBAL, INC.)** , who is designated by law to accept service of process on behalf of *(name of organization)* **TOFG LLC**
**AT 850 NEW BURTON ROAD, DOVER, DE 19904** on *(date)* **05/30/2024 AT 3:00 PM** _____

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: **05/30/2024**

*Server's signature* [signed: Frank Pritchett]

**FRANK PRITCHETT            PROCESS SERVER**
*Printed name and title*

**BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899**
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT WITH JURY TRIAL DEMANDED; EXHIBIT A; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; STANDING ORDER FOR CIVIL JURY TRIALS BEFORE JUDGE JAMES DONATO