POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Scott Alan Burroughs (SBN 235718) <br> DONIGER / BURROUGHS <br> 603 Rose Avenue <br> Venice, CA 90291 <br><br> TELEPHONE NO.: (310) 590-1820    FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: scott@donigerlawfirm.com <br> ATTORNEY FOR *(Name)*: Plaintiff Dustin Neff | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: USDC - Northern District of California

PLAINTIFF/PETITIONER: DUSTIN NEFF
DEFENDANT/RESPONDENT: SBA ENTERTAINMENT, LLC, et al.

CASE NUMBER: 3:23-cv-02518-JD

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [ ] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents)*: First Amended Complaint; Exhibit A
3. a. Party served *(specify name of party as shown on documents served)*:
      SBA ENTERTAINMENT, LLC, a Colorado limited liability company
   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      c/o Goode Enterprise Solutions, Inc. (Registered Agent)
4. Address where the party was served:
   6525 Gunpark Dr., Unit 370 PMB 227, Boulder, CO 80301
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*:    (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*:    at *(time)*:    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:    from *(city)*:    or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

POS-010

|  |  |
|---|---|
| PLAINTIFF/PETITIONER: DUSTIN NEFF<br>DEFENDANT/RESPONDENT: SBA ENTERTAINMENT, LLC, et al. | CASE NUMBER:<br>3:23-cv-02518-JD |

5. c. [x] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):* 06/03/2024      (2) from *(city):* Venice, CA

    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) [x] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section):*

    [x] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [x] On behalf of *(specify):* SBA Entertainment, LLC, a Colorado limited liability company
   under the following Code of Civil Procedure section:
   - [x] 416.10 (corporation)
   - [ ] 416.20 (defunct corporation)
   - [ ] 416.30 (joint stock company/association)
   - [ ] 416.40 (association or partnership)
   - [ ] 416.50 (public entity)
   - [ ] 415.95 (business organization, form unknown)
   - [ ] 416.60 (minor)
   - [ ] 416.70 (ward or conservatee)
   - [ ] 416.90 (authorized person)
   - [ ] 415.46 (occupant)
   - [ ] other:

7. **Person who served papers**
   a. Name: Inigo Gatus
   b. Address: 603 Rose Avenue, Venice, CA 90291
   c. Telephone number: (310) 590-1820
   d. **The fee** for service was: $ 0.00
   e. I am:
     (1) [x] not a registered California process server.
     (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
     (3) [ ] a registered California process server:
       (i) [ ] owner [ ] employee [ ] independent contractor.
       (ii) Registration No.:
       (iii) County:

8. [x] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 06/10/2024

Inigo Gatus                                   ▶    /s/ Inigo Gatus
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)            (SIGNATURE)



June 8, 2024

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8362 0855 1186 1732 02**.

| Item Details | |
|---|---|
| **Status:** | Delivered to Agent for Final Delivery |
| **Status Date / Time:** | June 8, 2024, 11:27 am |
| **Location:** | BOULDER, CO 80301 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | SBA ENTERTAINMENT  LLC |

**Recipient Signature**

Signature of Recipient: (Authorized Agent)

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

SBA ENTERTAINMENT, LLC
C/O Goode Enterprise Solutions Inc.
6525 Gunpark Dr., Unit 370 PMB 227
Boulder, CO 80301
Reference #: Neff FAC