**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Scott Alan Burroughs (SBN 235718)<br>DONIGER / BURROUGHS<br>603 Rose Avenue<br>Venice, CA 90291<br>TELEPHONE NO.: (310) 590-1820   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: scott@donigerlawfirm.com<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN FRANCISCO<br>STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: USDC - Northern District of California | |
| PLAINTIFF/PETITIONER: DUSTIN NEFF<br>DEFENDANT/RESPONDENT: SBA ENTERTAINMENT, LLC, et al. | CASE NUMBER:<br>3:23-cv-02518-JD |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [ ] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents)*: First Amended Complaint; Exhibit A

3. a. Party served *(specify name of party as shown on documents served)*:
      GOODE ENTERPRISE SOLUTIONS INC., a Colorado corporation
   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      c/o Stacy Goode (Registered Agent)

4. Address where the party was served:
   6525 Gunpark Dr., Unit 370 PMB 227, Boulder, CO 80301

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date)*:            (2)  at *(time)*:
   b. [ ] **by substituted service.** On *(date)*:            at *(time)*:            I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:            from *(city)*:            or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

POS-010

| PLAINTIFF/PETITIONER: DUSTIN NEFF | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: SBA ENTERTAINMENT, LLC, et al. | 3:23-cv-02518-JD |

5. c. [x] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):* 06/03/2024  (2) from *(city):* Venice, CA

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) [x] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [x] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [x] On behalf of *(specify):* Goode Enterprise Solutions Inc., a Colorado corporation
      under the following Code of Civil Procedure section:
      - [x] 416.10 (corporation)
      - [ ] 416.20 (defunct corporation)
      - [ ] 416.30 (joint stock company/association)
      - [ ] 416.40 (association or partnership)
      - [ ] 416.50 (public entity)
      - [ ] 415.95 (business organization, form unknown)
      - [ ] 416.60 (minor)
      - [ ] 416.70 (ward or conservatee)
      - [ ] 416.90 (authorized person)
      - [ ] 415.46 (occupant)
      - [ ] other:

7. **Person who served papers**
   a. Name: Inigo Gatus
   b. Address: 603 Rose Avenue, Venice, CA 90291
   c. Telephone number: (310) 590-1820
   d. **The fee** for service was: $ 0.00
   e. I am:
      (1) [x] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
         (i) [ ] owner  [ ] employee  [ ] independent contractor.
         (ii) Registration No.:
         (iii) County:

8. [x] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 06/10/2024

Inigo Gatus                                    ▶     /s/ Inigo Gatus
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)          (SIGNATURE)

POS-010 [Rev. January 1, 2007]        **PROOF OF SERVICE OF SUMMONS**        Page 2 of 2


**UNITED STATES POSTAL SERVICE**

June 8, 2024

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8362 0855 1186 1387 75**.

| Item Details | |
|---|---|
| **Status:** | Delivered to Agent for Final Delivery |
| **Status Date / Time:** | June 8, 2024, 11:27 am |
| **Location:** | BOULDER, CO 80301 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | GOODE ENTERPRISE SOLUTIONS INC |

**Recipient Signature**

Signature of Recipient: (Authorized Agent)  *[handwritten signature]*

Address of Recipient: *[handwritten address]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

GOODE ENTERPRISE SOLUTIONS INC.
C/O STACY GOODE
6525 GUNPARK DRIVE, UNIT 270 PMB 227
BOULDER, CO 80301
Reference #: Neff FAC