NATHAN DOOLEY (SBN 224331)
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Tel.: 213.892.7933
Fax: 213.892.7999
NDooley@cozen.com

*Attorneys for Specially Appearing Defendants Chicken Soup for the Soul Entertainment, Inc. and TOFG, LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN NEFF, an individual<br><br>Plaintiff,<br><br>v.<br><br>SBA ENTERTAINMENT, LLC, a Colorado Limited Liability Company; GOOD ENTERPRISE SOLUTIONS INC., a Colorado Corporation; CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., a Delaware Corporation; TOFG LLC d/b/a 1091, a Delaware Limited Liability Company; and DOES 1-10, Inclusive,<br><br>Defendants; | Case No.: 3:23-cv-02518-JD<br><br>The Honorable James Donato<br><br>**SPECIALLY APPEARING DEFENDANTS CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC. AND TOFG, LLC'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT [CIVIL L.R. 6-3(A)]**<br><br>**(First Request)** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil L.R. 6-3(a), Specially Appearing Defendants Chicken Soup for the Soul Entertainment, Inc. and TOFG, LLC ("Defendants'"), by and through undersigned counsel, hereby respectfully requests that the Court issue an order enlarging the time for Defendants to respond to the First Amended Complaint ("FAC") (Doc. 38). Specifically, Defendants' requests a thirty (30) day extension, which would make Defendants' response due by July 22, 2024.

Shortly after Defendants received a copy of the FAC and retained counsel, and on the same day of learning when the response to the FAC was due, Defendants' counsel emailed and called Plaintiff's counsel to request a stipulation to extend the deadline for Defendants to respond to the FAC by thirty days. *See* Declaration of Nathan Dooley ¶ 4. Plaintiffs' counsel did not respond, but advised through their paralegal assigned to this case that they would not oppose this Motion. *See id.* ¶ 5.

Defendants request this extension in order to have sufficient time to investigate Plaintiff's allegations, and to explore the potential for a resolution of this matter. Defendants would be substantially harmed and prejudiced if it were required to respond to the FAC without the opportunity to complete its initial investigation and to confer with Plaintiff. Defendants are specially appearing to file this Motion in order to preserve its jurisdictional defenses in this matter, including, among other things, its defense for lack of personal jurisdiction and insufficient service of process.

There have not been any previous time modifications in this case, whether by stipulation or by Court order, and extending the deadline for Defendants to respond to the Complaint would not have any effect on the schedule for the case.

Dated: June 20, 2024

**COZEN O'CONNOR**
Nathan Dooley

By: *s/Nathan Dooley*
　　　Nathan Dooley

1

*Attorneys for Specially Appearing Defendants Chicken Soup for the Soul Entertainment, Inc. and TOFG, LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury under the laws of the State of California that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Scott Alan Burroughs
Frank R. Trechsel
DONIGER / BURROUGHS
603 Rose Avenue
Venice, CA 90291
Telephone: (310) 590-1820
Email: scott@donigerlawfirm.com
ftrechsel@donigerlawfirm.com

*Attorneys for Plaintiff Dustin Neff*

Valerie Yanaros
Yanaros Law, P.C. Texas
8300 Douglas Ave., Ste 800
Dallas, TX 75225
Telephone: (512) 826-7553
Email: valerie@yanaroslaw.com

*Attorneys for Defendant Goode Enterprise Solutions Inc.*

                                    s/Nathan Dooley
                                    Nathan Dooley