|   |   |
|---|---|
| 1 | NATHAN DOOLEY (SBN 224331) |
|   | COZEN O'CONNOR |
| 2 | 601 S. Figueroa Street, Suite 3700 |
|   | Los Angeles, CA 90017 |
| 3 | Tel.: 213.892.7933 |
|   | Fax: 213.892.7999 |
| 4 | NDooley@cozen.com |

*Attorneys for Specially Appearing Defendants Chicken Soup for the Soul Entertainment, Inc. and TOFG, LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN NEFF, an individual<br><br>Plaintiff,<br><br>v.<br><br>SBA ENTERTAINMENT, LLC, a Colorado Limited Liability Company; GOOD ENTERPRISE SOLUTIONS INC., a Colorado Corporation; CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., a Delaware Corporation; TOFG LLC d/b/a 1091, a Delaware Limited Liability Company; and DOES 1-10, Inclusive,<br><br>Defendants; | Case No.: 3:23-cv-02518-JD<br><br>The Honorable James Donato<br><br>**[PROPOSED] ORDER GRANTING SPECIALLY APPEARING DEFENDANTS CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC. AND TOFG, LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT [CIVIL L.R. 6-3(A)]**<br><br>**(First Request)** |

Specially Appearing Defendants Chicken Soup for the Soul Entertainment, Inc. and TOFG, LLC ("Defendants") bring a Motion for Extension of Time to Respond to First Amended Complaint ("FAC") pursuant to Civil Local Rule 6-3(a) (the "Motion"). The Court, having considered the papers filed by the parties in connection with the Motion, and good cause appearing, hereby GRANTS Defendants' Motion. Defendants' deadline to respond to the FAC shall be extended to July 22, 2024.

**IT IS SO ORDERED**.

Dated: _____, 2024

_____
Honorable James Donato
United States District Judge