# EXHIBIT A



**From:** Taylor, Brett
**Sent:** Thursday, June 20, 2024 10:38 AM
**To:** scott@donigerlawfirm.com; ftrechsel@donigerlawfirm.com
**Cc:** Dooley, Nathan <NDooley@cozen.com>
**Subject:** RE: RE: Dustin Neff v. SBA entertainment LLC et al-request for extension to respond
**Importance:** High

Hi Scott, I received Frank's out of office so wanted to follow up with you on the requested extension. Thanks,

 | **Brett N. Taylor**
**Member | Cozen O'Connor**
401 Wilshire Boulevard, Suite 850 | Santa Monica, CA 90401
P: 213-892-7925
Email | Bio | LinkedIn | Map | cozen.com

**From:** Taylor, Brett
**Sent:** Thursday, June 20, 2024 8:23 AM
**To:** scott@donigerlawfirm.com; ftrechsel@donigerlawfirm.com
**Cc:** Dooley, Nathan <NDooley@cozen.com>
**Subject:** RE: Dustin Neff v. SBA entertainment LLC et al-request for extension to respond

Hi Scott and Frank,

Our firm has recently been retained by Chicken Soup for the Soul Entertainment, Inc. and TOFG LLC in the above matter. I believe a response to the complaint may be due today, so I wanted to request a 30 day extension to respond. If agreeable, I will send over a stipulation for your review and approval this morning.

Thanks,



**Brett N. Taylor**
**Member | Cozen O'Connor**
401 Wilshire Boulevard, Suite 850 **|** Santa Monica, CA 90401
P: 213-892-7925
Email | Bio | LinkedIn | Map | cozen.com

2