# EXHIBIT B

| | |
|---|---|
| **From:** | Rincon, Alma |
| **Sent:** | Thursday, June 20, 2024 1:03 PM |
| **To:** | igatus@donigerlawfirm.com |
| **Cc:** | Taylor, Brett; scott@donigerlawfirm.com; ftrechsel@donigerlawfirm.com |
| **Subject:** | RE: RE: Dustin Neff v. SBA entertainment LLC et al-request for extension to respond |

Inigo,

This email will confirm our telephone conversation this afternoon wherein I requested a 30-day extension to respond to the complaint.  You informed me that you do not have the authority to grant the extension however you will not be entering a default and that we should be hearing back from Scott either today or tomorrow.

Thank you.



**Alma R. Rincon**
**Legal Practice Assistant | Cozen O'Connor**
601 S. Figueroa Street, Suite 3700 **|** Los Angeles, CA 90017
P: 213-892-7928
Email | Map | cozen.com

---

**From:** Taylor, Brett
**Sent:** Thursday, June 20, 2024 10:38 AM
**To:** scott@donigerlawfirm.com; ftrechsel@donigerlawfirm.com
**Cc:** Dooley, Nathan <NDooley@cozen.com>
**Subject:** RE: RE: Dustin Neff v. SBA entertainment LLC et al-request for extension to respond
**Importance:** High

Hi Scott,  I received Frank's out of office so wanted to follow up with you on the requested extension.  Thanks,



**Brett N. Taylor**
**Member | Cozen O'Connor**
401 Wilshire Boulevard, Suite 850 **|** Santa Monica, CA 90401
P: 213-892-7925
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** Taylor, Brett
**Sent:** Thursday, June 20, 2024 8:23 AM
**To:** scott@donigerlawfirm.com; ftrechsel@donigerlawfirm.com
**Cc:** Dooley, Nathan <NDooley@cozen.com>
**Subject:** RE: Dustin Neff v. SBA entertainment LLC et al-request for extension to respond

Hi Scott and Frank,

1

Our firm has recently been retained by Chicken Soup for the Soul Entertainment, Inc. and TOFG LLC in the above matter.  I believe a response to the complaint may be due today, so I wanted to request a 30 day extension to respond.  If agreeable, I will send over a stipulation for your review and approval this morning.

Thanks,



**Brett N. Taylor**
**Member | Cozen O'Connor**
401 Wilshire Boulevard, Suite 850 | Santa Monica, CA 90401
P: 213-892-7925
Email | Bio | LinkedIn | Map | cozen.com

2