1  NATHAN DOOLEY (SBN 224331)
   COZEN O'CONNOR
2  601 S. Figueroa Street, Suite 3700
   Los Angeles, CA 90017
3  Tel.: 213.892.7933
   Fax: 213.892.7999
4  NDooley@cozen.com

5
   *Attorneys for Specially Appearing Defendants
6  Chicken Soup for the Soul Entertainment, Inc. and
   TOFG, LLC d/b/a 1091*
7

8                    UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| DUSTIN NEFF, an individual<br><br>Plaintiff,<br><br>v.<br><br>SBA ENTERTAINMENT, LLC, a Colorado Limited Liability Company; GOOD ENTERPRISE SOLUTIONS INC., a Colorado Corporation; CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., a Delaware Corporation; TOFG, LLC d/b/a 1091, a Delaware Limited Liability Company; and DOES 1-10, Inclusive,<br><br>Defendants; | Case No.: 3:23-cv-02518-JD<br><br>The Honorable James Donato<br><br>**SUGGESTION OF CHAPTER 11 BANKRUPTCY BY DEFENDANTS CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC. AND TOFG LLC D/B/A 1091** |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 28, 2024, Defendants Chicken Soup For The Soul Entertainment, Inc. ("CSSE") and TOFG, LLC d/b/a 1091 ("TOFG") appear to have filed a Petition for Bankruptcy in the United States Bankruptcy Court for the District of Delaware. A true and correct copy of a related filing is attached hereto as Exhibit **A**. Pursuant to Section 362 of the United States Bankruptcy Code, this case would be automatically stayed once CSSE and TOFG filed the bankruptcy petition.

Dated: July 1, 2024

**COZEN O'CONNOR**
Nathan Dooley

By: *s/Nathan Dooley*
     Nathan Dooley

*Attorneys for Specially Appearing Defendants Chicken Soup for the Soul Entertainment, Inc. and TOFG, LLC d/b/a 1091*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury under the laws of the State of California that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Scott Alan Burroughs
Frank R. Trechsel
DONIGER / BURROUGHS
603 Rose Avenue
Venice, CA 90291
Telephone: (310) 590-1820
Email: scott@donigerlawfirm.com
ftrechsel@donigerlawfirm.com

*Attorneys for Plaintiff Dustin Neff*

Valerie Yanaros
Yanaros Law, P.C. Texas
8300 Douglas Ave., Ste 800
Dallas, TX 75225
Telephone: (512) 826-7553
Email: valerie@yanaroslaw.com

*Attorneys for Defendant Goode Enterprise Solutions Inc.*

*s/Nathan Dooley*
Nathan Dooley