Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN NEFF, | Case No. 5:23-cv-02518-EKL |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| SBA ENTERTAINMENT, LLC, et al, | |
| Defendants. | |

1  Plaintiff Dustin Neff ("Neff" or "Plaintiff) hereby submit this JOINT STATUS REPORT pursuant to the Court's orders entered on November 18, 2024 (Dkt. 50) and March 4, 2025 (Dkt. 51).

Due to Defendants Chicken Soup for the Soul Entertainment, Inc. and TOFG, LLC's filing of Chapter 11 Bankruptcy (Dkts. 47, 47-1), this Court administratively closed this action as the claims against the same on March 4, 2025. Dkt. 51. However, despite being properly served of the First Amended Complaint (FAC) and respective summons (Dkts. 43, 44), Defendants SBA Entertainment, LLC ("SBA") and Goode Enterprise Solutions Inc. ("Goode") have failed to respond to Neff's pleadings or otherwise appear in this case. Plaintiff Neff anticipates filing Requests for Entry of Default against SBA and Goode within the next 14 days.

Additionally, Neff is informed and believes that there is at least one more party that has profited from the infringement alleged in the FAC and has been conducting an ongoing investigation to ascertain the identity of such party or parties. Neff respectfully requests leave to file an amended complaint within the next 14 days. Once the newly added party or parties appear and the Court reopens the case, Plaintiff and any new parties can confer regarding a proposed schedule and submit one for the Court's review and approval.

Respectfully submitted,

Dated: April 2, 2025     By:  */s/ Scott A. Burroughs*
                              Scott A. Burroughs, Esq.
                              DONIGER / BURROUGHS
                              *Attorneys for Plaintiff*