Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN NEFF, | Case No. 5:23-cv-02518-EKL |
| Plaintiff, | **STATUS REPORT** |
| v. | |
| SBA ENTERTAINMENT, LLC, et al, | |
| Defendants. | |

Plaintiff Dustin Neff ("Neff" or "Plaintiff) hereby submits this JOINT STATUS REPORT pursuant to the Court's order entered on April 9, 2025 (Dkt. 53).

Due to Defendants Chicken Soup for the Soul Entertainment, Inc. ("CSSE") and TOFG, LLC ("TOFG")'s filing of Chapter 11 Bankruptcy (Dkts. 47, 47-1), this Court administratively closed this action as the claims against the same on March 4, 2025. Dkt. 51. First filed on June 28, 2024, Defendants CSSE and TOFG's bankruptcy proceedings have been administered in the U.S. Bankruptcy Court, District of Delaware under docket number 24-11442-MFW. The bankruptcy court converted The Chapter 11 petition to a Chapter 7 petition on July 10, 2024. 24-11442-MFW, Dkt. 122, 125. The docket is comprised of over 600 documents, consisting mostly of creditors moving for relief from automatic stays. The latest substantive entry entered on April 15, 2024 is a Notice of Intent to Hold a Foreclosure Sale on April 23, 2025 which aims to sell off CSSE and TOFG's intellectual property, rights to enforce rights in the same, documents, equipment, and other tangible and intangible property. 24-11442-MFW, Dkt. 615.

Additionally, pursuant to the Court's order, Neff will file a Motion Seeking Leave to Amend the Complaint to add at least one more Defendant within the next 14 days. Once the newly added party or parties appear and the Court reopens the case, Plaintiff and any new parties can confer regarding a proposed schedule and submit one for the Court's review and approval.

Dated: April 16, 2025

Respectfully submitted,

By: */s/ Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
*Attorney for Plaintiff*