Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN NEFF,<br><br>Plaintiff,<br><br>v.<br><br>SBA ENTERTAINMENT, LLC, *et al.*,<br><br>Defendants. | Case No. 5:23-cv-02518-EKL<br><br>**PLAINTIFF'S RESPONSE TO COURT'S ORDER FILED UNDER DOCKET NO. 58** |

1  Plaintiff Dustin Neff ("Neff" or "Plaintiff) hereby respectfully submits this response to the Court's order filed under docket no. 58 (the "Order") as to Plaintiff's failure to submit a joint case management statement no later than 14 days before the case management conference scheduled for August 13, 2025.

Plaintiff sincerely apologizes to the Court for failing to timely submit the above-referenced joint case management statement. Due to a regrettable oversight and miscommunication, the report was drafted but not filed. Attached hereto as **Exhibit A** is the response that Plaintiff intended to file on July 30, 2025. Plaintiff intends to fully prosecute this case as to any defendants not currently in bankruptcy proceedings and comply with each and every forthcoming deadline and attend every hearing as instructed by the Court.

Respectfully submitted,

Dated: August 12, 2025    By: /s/ *Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiff*