# EXHIBIT A

Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN NEFF, | Case No. 5:23-cv-02518-EKL |
| Plaintiff, | **STATUS REPORT** |
| v. | |
| SBA ENTERTAINMENT, LLC, et al, | |
| Defendants. | |

|   |   |
|---|---|
| 1 | Plaintiff Dustin Neff ("Neff" or "Plaintiff) hereby submits this STATUS |
| 2 | REPORT to provide the Court an update as to Neff's diligent efforts to move this case |
| 3 | forward. |
| 4 | Due to Defendants Chicken Soup for the Soul Entertainment, Inc. |
| 5 | ("CSSE") and TOFG, LLC ("TOFG")'s filing of Chapter 11 Bankruptcy (Dkts. |
| 6 | 47, 47-1) and Defendants SBA Entertainment, LLC ("SBA") and Goode |
| 7 | Enterprise Solutions Inc. ("Goode")'s failure to respond to Neff's allegations in |
| 8 | any meaningful way, Neff has been unable to confer with any parties to draft |
| 9 | and submit a meaningful Joint Case Management Statement as per the Court's |
| 10 | standing order. Because Neff prefers to try this case on the merits, Neff remains |
| 11 | hopeful that the remaining Defendants will appear and engage in this litigation |
| 12 | in a meaningful way. |
| 13 | In light of the above, Neff respectfully requests that the Court continue |
| 14 | its case management conference currently scheduled for August 13, 2025 for at |
| 15 | least 60 days to allow Neff more time to engage with Defendants SBA and |
| 16 | Goode before filing requests for defaults as to the same. If and when SBA and |
| 17 | Goode do respond to Neff's complaint, Neff and any appearing parties can |
| 18 | confer regarding a proposed schedule and submit one for the Court's review |
| 19 | and approval. |

Respectfully submitted,

Dated: July 30, 2025         By:   */s/ Scott Alan Burroughs*
                                   Scott Alan Burroughs, Esq.
                                   DONIGER / BURROUGHS
                                   *Attorneys for Plaintiff*