Neff v. SBA Entertainment, LLC et al., Case No. 5:23-cv-02518-EKL

Dear Ms. Thomson,

I am a named defendant in the above-referenced case. I am writing to notify the Court that I have filed for bankruptcy protection under Chapter 13 of the United States Bankruptcy Code in the U.S. Bankruptcy Court for the District of Colorado, Case No. 25-17365-TBM (attached).

Pursuant to 11 U.S.C. § 362, an automatic stay is in effect as to me and any actions against me in this matter. A copy of the Notice of Bankruptcy Filing is attached for the Court's reference.

Respectfully,

**James Corey Goode**

GoodeTech@yahoo.com

FILED

OCT 28 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

United States Bankruptcy Court
District of Colorado

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 10/09/2025 at 4:53 PM and filed on 10/09/2025.

**James Corey Goode**
6525 Gunpark Dr
# 370-227
Boulder, CO 80301
SSN / ITIN: xxx-xx-2213

**Stacy Hartman Goode**
6525 Gunpark Dr
# 370-227
Boulder, CO 80301
SSN / ITIN: xxx-xx-4026
*aka* Stacy Renee Hartman

The case was filed by the debtor's attorney:

**Nicholas Craig Horvath** 
The Horvath Law Firm, LLC
PO Box 698
Littleton, CO 80160
303-900-8741

The case was assigned case number 25-16569.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.cob.uscourts.gov or at the Clerk's Office, US Bankruptcy Court, US Custom House, 721 19th St., Denver, CO 80202-2508.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Kenneth S. Gardner
Clerk, U.S. Bankruptcy Court

James Corey Goode
6525 Gunpark Dr.
Ste 370-227
Boulder, Co 80301



DENVER CO 802
22 OCT 2025 PM 6  L

RECEIVED
OCT 28 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Eumi K. Lee US District Court for
the Northern District of California
San Jose Division
280 South First Street, Rm. 2112
San Jose, CA 95113

ATTN: Laure Thompson