James Corey Goode
6525 Gunpark Dr.
Ste 370-227
Boulder, Co 80301



RECEIVED

OCT 28 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Eumi K. Lee US District Court for
the Northern District of California
San Jose Division
280 South First Street, Rm. 2112
San Jose, CA 95113

ATTN: Laura Thompson