Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Andres Navarro (SBN 358499)
anavarro@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN NEFF,<br><br>Plaintiff,<br><br>v.<br><br>SBA ENTERTAINMENT, LLC, et al.,<br><br>Defendants. | Case No. 5:23-cv-02518-EKL<br><u>*Hon. Eumi K. Lee Presiding*</u><br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT SBA ENTERTAINMENT, LLC** |

REQUEST FOR ENTRY OF DEFAULT

**TO THE CLERK OF THIS COURT:**

Plaintiff Dustin Neff hereby requests that the Clerk of this Court enter default in this matter against Defendant SBA Entertainment, LLC ("Defendant"), a Colorado limited liability company on the grounds that Defendant has failed to retain counsel as Ordered by the Court (Dkt. 61) and has risked default being entered against it.

Neff served the First Amended Complaint and Amended Summons on Defendant (Dkt. 43). To date, Defendant has not filed a response to the FAC, and its timing for filing a response has expired and default should be entered. *See* Burroughs Decl. ¶¶ 2-4.

Dated: January 5, 2026

Respectfully submitted,

By:    */s/ Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
Andres Navarro, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiff*

## DECLARATION OF SCOTT ALAN BURROUGHS

I, Scott Alan Burroughs, declare as follows:

1.      I am above eighteen (18) years of age and not a party to this action. I am a partner with Doniger / Burroughs APC, and am counsel for Plaintiff Dustin Neff in this action. I am able to competently testify to the following if called upon to do so.

2.      Neff has filed this action for copyright infringement against Defendant SBA Entertainment, LLC ("Defendant"), a Colorado limited liability company and filed a First Amended Complaint ("FAC") (Dkt 38).

3.      My firm served the FAC and Amended Summons in this action on Defendant. Dkt. 43.

4.      To date, Defendant has not filed a response to the FAC, and its time period for doing so expired and default should be entered per Fed. R. Civ. P. 55(a).

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Executed in New York, New York on January 5, 2026.


By:     */s/ Scott Alan Burroughs*
        Scott Alan Burroughs, Esq.
        Declarant