

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

280 South 1st Street

San Jose, CA 95113

*cand.uscourts.gov*

January 7, 2026

RE:23-cv-02518-EKL   Neff v. SBA Entertainment, LLC

Default is entered as to SBA Entertainment, LLC and Goode Enterprise Solutions Inc. on January 7, 2026.

Mark B. Busby, Clerk of Court

by: Kristen Adams-Moffett
Case Systems Administrator
415-522-2068

*Rev. 7-19*